UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOUNE PHOMPOR,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

Case No. C26-3598-SKV

ORDER PROVISIONALLY GRANTING AND SETTING BRIEFING DEADLINES ON MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on Petitioner's Emergency Motion for Temporary Restraining Order ("TRO"), Dkt. 19, which has been provisionally granted for 48 hours pending review of the same by the undersigned, Dkt. 21.

Petitioner states he is being processed for removal at this moment, and his motion raises serious questions going to the merits of his amended claim that he is no longer removable and that his redetention violated due process. *See* Dkt. 13; *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011) (discussing the "sliding scale" approach to preliminary injunctive relief). Therefore, to preserve the Court's jurisdiction over this matter pending resolution of the merits of Petitioner's claims, the Court will provisionally enjoin Petitioner's transfer or removal from the Western District of Washington until further order of the Court. *See*

*A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve . . . jurisdiction over the matter."). Accordingly, the Court herein ORDERS that:

(1) Petitioner's motion for TRO, Dkt. 19, is provisionally GRANTED pending resolution of the merits. Accordingly, Respondents are PROHIBITED from removing Petitioner from the United States or this jurisdiction—the Western District of Washington—without further order of this Court.

(2) To facilitate efficient resolution of this case and the TRO motion, the briefing as to both Petitioner's amended habeas petition and the TRO shall be as follows:

a. Respondents shall file a return to the amended petition that also addresses issues raised by the TRO motion no later than **October 23, 2026.**

b. Petitioner shall file a traverse or reply no later than **October 28, 2026.**

Dated this 20th day of October, 2026.

S. Kate Vaughan

S. KATE VAUGHAN
United States Magistrate Judge